UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JASON PAUL BARRAS                                      CIVIL ACTION

VERSUS                                                         NO.  13-5203

ASSISTANT D.A. TED AYO, ET AL.                  SECTION "H"(1)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Jason Paul Barras is hereby

**TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 26th day of September, 2013.

_____
**UNITED STATES DISTRICT JUDGE**